UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
LLE ONE, LLC, *et al.*,

        Plaintiffs,

    -against-

FACEBOOK, INC.,

        Defendants.
------------------------------------- X

Case No 1:18-mc-0503-JMF

(Related to Civil Action 4:16-cv-06232, N.D. Cal.)

## REQUEST FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE SUBPOENAS

Pursuant to this Court's November 7, 2018 Scheduling Order (ECF No. 3), Plaintiffs in the matter of *LLE ONE, LLC, et al. v. Facebook, Inc.*, 4:16-cv-06232 (N.D. Cal.) ("Plaintiffs") respectfully request leave to file a reply in support of their pending motion to enforce subpoenas served on non-parties (1) Helen Lin (Publicis Media's Chief Digital Officer); (2) Publicis Media, Inc.; (3) Starcom MediaVest Group, Inc., (4) Zenith Media Services, Inc., (5) MediaVest Worldwide, Inc., and (6) Digitas, Inc. (collectively, "Publicis").  Plaintiffs request leave to file a short reply in order to correct and clarify a few points raised in Publicis' November 19, 2018 filing. Specifically, Plaintiffs seek to address their service of the Motion to Enforce and related papers upon Publicis; Plaintiffs' November 16, 2018 offer to withdraw its motion to enforce; Publicis' continued failure to respond to portions of Plaintiffs' subpoenas; and Plaintiffs' attempts to provide Publicis with unredacted documents. Plaintiffs' proposed reply is attached hereto as Exhibit A.

Dated: November 20, 2018          Respectfully submitted,

         */s/ Michael Eisenkraft*_____
         Michael Eisenkraft
         Cohen Milstein Sellers & Toll PLLC
         88 Pine Street, 14th Floor
         New York, NY 10005
         (212) 838-7797
         meisenkraft@cohenmilstein.com

         Eric Gibbs
         Dylan Hughes
         David Stein

Aaron Blumenthal
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com
ds@classlawgroup.com
ab@classlawgroup.com

Andrew N. Friedman
Geoffrey Graber
Eric Kafka
Julia Horwitz
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
ggraber@cohenmilstein.com
ekafka@cohenmilstein.com
jhorwitz@cohenmilstein.com

Robert T. Eglet
Robert M. Adams
Erica D. Entsminger
Artemus W. Ham
**EGLET PRINCE**
400 South Seventh Street, Suite 400
Las Vegs, NV 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
eservice@egletlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that, on November 20, 2018, I filed the foregoing via ECF, which sent notification to all counsel of record. I also served the foregoing on counsel for Defendants via email.

Dated: November 20, 2018         _/s/ Julia Horwitz_____
                                 Julia Horwitz