UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
LLE ONE, LLC, et al.,                                                :
                             Plaintiffs,       :        18-MC-503 (JMF)
                                                                     :
                -v-                                             :        ORDER OF DISMISSAL
                                                                     :
FACEBOOK, INC.,                                                      :
                             Defendant.       :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiffs' motion to compel was resolved on the record during the conference held on December 4, 2018.  As noted during the conference, any party who believes that the motion papers should remain sealed or redacted shall, no later than **December 7, 2018**, file a letter brief, not to exceed three pages, showing why doing so is consistent with the presumption in favor of public access to judicial documents.  (*See* Docket No. 5).

       The Clerk of Court is directed to terminate Docket No. 2 and close the case.  The Court retains jurisdiction to adjudicate any disputes relating to the Court's ruling.

       SO ORDERED.

Dated: December 5, 2018
       New York, New York                            _____
                                                                     JESSE M. FURMAN
                                                             United States District Judge